IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 4:12-CR-012 |
| | | Judge Jordan |
| JOSE MARIA GUIZAR-VALENCIA (4) | § | |
|   a.k.a. "Carlitos" | § § | |

## ELEMENTS OF THE OFFENSE

You are charged in Count One of the Second Superseding Indictment with a violation of 21 U.S.C. § 846, Conspiracy to Possess with the Intent to Distribute a mixture or substance containing a detectable amount of cocaine. The essential elements which must be proved beyond a reasonable doubt in order to establish a violation of that section are:

1. That you and one or more persons, in some way or manner made an agreement to commit the crime charged in the Second Superseding Indictment, that is, to possess with intent to distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine;

2. That you knew the unlawful purpose of the agreement;

3. That you joined in the agreement willfully, that is, with the intent to further its unlawful purpose; and

4. That the overall scope of the conspiracy involved 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine.

**Elements – Page 1**

5.      That you knew or reasonably should have known that the scope of the conspiracy involved 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine.

                    Respectfully submitted,

                    BRIT FEATHERSTON
                    United States Attorney

                    ___/s/_____
                    ERNEST GONZALEZ
                    Assistant United States Attorney
                    Texas Bar No. 00789318
                    101 E. Park Blvd., Suite 500
                    Plano, Texas 75074
                    (972) 509-1201
                    (972) 509-1209 (fax)
                    Ernest.Gonzalez@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed via electronic filing to defense counsel on November 29, 2021.

                    ___/s/_____
                    ERNEST GONZALEZ