

DEC 03 2021

Clerk, U.S. District Court
Texas Eastern

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 4:12-CR-019<br>Judge Jordan |
| JOSE MARIA GUIZAR-VALENCIA (4)<br>a.k.a. "Carlitos" | § § | |

## FACTUAL BASIS

The defendant, **Jose Maria Guizar-Valencia** hereby stipulates and agrees that at all times relevant to the Second Superseding Indictment herein, the following facts were true:

1. That the defendant, **Jose Maria Guizar-Valencia**, who is changing his plea to guilty, is the same person charged in the Second Superseding Indictment.

2. That the events described in the Second Superseding Indictment occurred in the Eastern District of Texas and elsewhere.

3. That **Jose Maria Guizar-Valencia** and one or more persons in some way or manner made an agreement to commit the crime charged in Count One of the Second Superseding Indictment to knowingly and intentionally possess with the intent to distribute 450 kilograms or more of a mixture or substance containing a detectable amount of cocaine.

4. That **Jose Maria Guizar-Valencia** knew the unlawful purpose of the agreement and joined in it with the intent to further it.

5. That **Jose Maria Guizar-Valencia** knew that the amount involved during the term of the conspiracy involved 450 kilograms or more of a mixture or substance containing a detectable amount of cocaine. This amount was involved in the conspiracy after the defendant entered the conspiracy, was reasonably foreseeable to the defendant, and was part of jointly undertaken activity.

6. That **Jose Maria Guizar-Valencia**'s role in this conspiracy was to supply co-conspirators with kilogram quantities of cocaine from various sources which would then be distributed to other co-conspirators and co-defendants during the term of the conspiracy in the Eastern and Northern Districts of Texas.

### DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

7. I have read this Factual Basis and the Second Superseding Indictment and have discussed them with my attorney. I fully understand the contents of this Factual Basis and agree without reservation that it accurately describes the events and my acts.

Dated: 11/23/21

_Jose Maria Guizar Valencia_
JOSE MARIA GUIZAR-VALENCIA
Defendant

### COUNSEL FOR DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

8. I have read this Factual Basis and the Second Superseding Indictment and have reviewed them with my client. Based upon my discussions with the defendant, I am satisfied that the defendant understands the Factual Basis and the Second Superseding Indictment.

Dated: 11/23/21

~~HILDA MORALES-HAHN~~ Sergio J. Sanchez
Attorney for the Defendant

Factual Basis
Page 2